**WO**        IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )  <br>                                                 )<br>                        Plaintiff,    )<br>                                                 )<br>           v.                                 )<br>                                                 )<br>Jerome Johns,                         )<br>                                                 )<br>                        Defendant.  )<br>_____) | CR-08-655-PHX-ROS<br><br><br>ORDER OF DETENTION |

   In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.

   The Court incorporates and adopts by reference the assessment of nonappearance/danger findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter.

   Defendant does not dispute the information contained in the Pretrial Services Report.

   By clear and convincing evidence defendant is a flight risk to others and the community and requires detention pending trial.

   At this time, no condition or combination of conditions will reasonably assure the appearance of defendant as required or reasonably assure the safety of others and the community.

   IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

///
///
///
///

However, IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at an appropriate halfway house facility. Should the defendant be an acceptable candidate, Pretrial Services shall contact the magistrate judge on duty to set a BAG and BAGGAGE release hearing. The conditions of release have been reviewed with the defendant by this Court. The defendant does not need to be brought to the courtroom for release. The defendant shall be released from the U. S. Marshal Service lockup.

DATED this 3rd day of July, 2008.

Edward C. Voss
United States Magistrate Judge